Case 1:23-cv-01634-TWP-CSW    Document 29    Filed 09/19/23    Page 1 of 2 PageID #: 10

1:23-cv-01634-TWP-CSW

FILED
09/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Motion for Default Judgment Due to Rowley Security's Inability to Secure Legal Counsel.

I am petitioning to Judge Tanya Walton to consider a default judgment in favor of the plaintiff due to Rowley Security's lack of communication with the court and plaintiff; in addition to, Rowley Security's refusal to hire legal counsel despite they were authorized by Judge Alonzo in the Illinois District Court to obtain legal counsel by September 19th, 2023, after the hearing on August 19th, 2023. Worth noting, Rowley Security has not submitted an appearance form on behalf of an attorney within the last month.

## Motion to Reconsider Denied Motion to Hold Rowley Security Accountable for Unauthorized Practice of Law

In the case at hand, it is essential that the court holds Rowley Security Firm accountable for their unauthorized practice of law. It is crucial to recognize that in the states of Indiana and Illinois, it is illegal for anyone other than a lawyer or pro se litigant to defend themselves in front of a judge. Despite this clear legal requirement, Rowley Security President Larry Williams Jr and business development manager Anita Williams have attempted to act as attorneys, thus violating the law.

It is worth mentioning that albeit the Illinois District court has given Rowley Security a thirty-day period to find legal counsel. However, it is evident that the firm has been aware of the impending lawsuit for over three months and has deliberately chosen not to hire a lawyer for legal counsel. This fact must be taken into consideration during the next hearing. Personally, I attempted to settle my differences with Rowley Security by sending an email to President Larry Williams Jr and operations manager Clyde V Adams on May 13th, informing them of my intention to take them to federal court. Furthermore, I sent Clyde V Adams a text message on May 18th, providing evidence that my case was actively proceeding in court, as the message was marked as "read" (Emphasis added).

It is disconcerting that Rowley Security Firm has knowingly refused to hire legal representation despite having ample time to do so. This is reminiscent of their tactics during the investigation with the Indiana Civil Rights Commission. If the court rules that no one from Rowley Security can defend the company without a licensed lawyer, it implies that the firm violated the law when they failed to hire legal counsel during the ICRC investigation.

Exhibit E, which has been provided to the court as evidence, is an official public record in the State of Indiana. It unequivocally demonstrates that someone, other than a licensed lawyer, attempted to defend Rowley Security Firm. Moreover, they intentionally omitted the signature of the person who sent their rebuttal statement. Metaphorically speaking, if Judge Alonzo were presiding over the Southern District Court of Indiana, one could argue that Rowley Security Firm would have adopted the same approach of representing themselves. Given that Rowley Security Firm has been in business since 2012, there is no valid justification for their refusal to hire a lawyer during a time when they are being taken to court. Every company and limited liability company (LLC) in the country understands that in the event of legal action, they cannot defend themselves. The inability to hire legal representation is not a valid argument for an employer. As a pro se litigant, if I had not adhered to the proper procedures set forth by the court, my case would have been invalidated. If I am expected to follow the law, then it is only fair that Rowley Security Firm be held accountable as well.

It is important to note that I used the same email address that the Indiana Civil Rights Commission and the Equal Employment Opportunity Commission used to communicate with operations manager Clyde V

Adams back in May. This further highlights Rowley Security Firm's deliberate disregard for legal procedures.

In conclusion, it is imperative that the court holds Rowley Security Firm accountable for their unauthorized practice of law. Their willful refusal to hire legal counsel, despite being aware of the impending lawsuit for over three months, is inexcusable. Furthermore, their previous actions during the investigation with the Indiana Civil Rights Commission demonstrate a pattern of behavior that disregards legal requirements. It is only fair and just that Rowley Security Firm be held to the same standards as any other entity in the legal system. Their unauthorized practice of law should not go unpunished.

*Maquel Harrell*     9/19/2023