UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAQUEL NADIR also known as Maquel Harrell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-01634-TWP-CSW |
| ) | |
| LARRY JR. WILLIAMS, ) | |
| DONNA WILSON, ) | |
| CARLTON MILLER, ) | |
| CLYDE V. ADAMS Rowley Security, ) | |
| ROWLEY SECURITY, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court having this day made its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants Larry Jr. Williams, Donna Wilson, Carlton Miller, Clyde V. Adams, and Rowley Security, and against Plaintiff Maquel Harrell.[1] This action is **TERMINATED**.

Dated: 11/1/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

DISTRIBUTION:

MAQUEL NADIR
930 West 10th Street Apt 1524
Indianapolis, IN 46202

Richard L. Rowley
R. L. Rowley & Associates, LLC
rlrowley@att.net

---

[1] Plaintiff requested, and the Court granted his request, that in all entries related to and docketed in this case, he will be referred to as Maquel Harrell (*see* Filing No. 35; Filing No. 36).